THE PEOPLE *ex rel.* John J. Hanberg, County Treasurer,

*v.*

GEORGE F. BORMAN *et al.*

*Opinion filed February 21, 1905—Rehearing denied April 5, 1905.*

This case is controlled by the decision in *People ex rel.* v. *Peyton,* (*ante,* p. 376.)

APPEAL from the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

ENOCH J. PRICE, for appellant.

BORMAN & McGRATH, for appellees.

Per CURIAM : This case is identical with *People ex rel.* v. *Peyton,* (*ante,* p. 376,) except that in this case an additional objection was made by the property owners. It will not be necessary to consider this additional objection.

The judgment of the county court will be affirmed for the reasons stated in the opinion in the *Peyton case.*

*Judgment affirmed.*